# U.S. District Court
## District of South Dakota (Southern Division)
## CRIMINAL DOCKET FOR CASE #: <u>4:17–cr–40088–KES</u> All Defendants

Case title: USA v. Bruguier

Date Filed: 10/11/2017
Date Terminated: 02/15/2019

---

Assigned to: U.S. District Judge
Karen E. Schreier
Referred to: US Magistrate Judge
Veronica L. Duffy

Appeals court case number:
19–1375 8th Circuit

**Defendant (1)**

| | | |
|---|---|---|
| **Quentin Peter Bruguier, Jr.**<br>*TERMINATED: 02/15/2019*<br>*also known as*<br>"JB"<br>*TERMINATED: 02/15/2019* | represented by | **Quentin Peter Bruguier, Jr.**<br>07587–073<br>USP–TUCSON<br>United States Penitentiary<br>PO Box 24550<br>Tucson, AZ 85734<br>PRO SE<br><br>**Douglas W. Thesenvitz**<br>Thompson Law, PC<br>5027 South Western Avenue<br>Sioux Falls, SD 57108<br>(605) 362–9100<br>Fax: (605) 362–9101<br>Email: doug@cathompsonlaw.com<br>*TERMINATED: 04/23/2018*<br>*Designation: CJA Appointment*<br><br>**Melissa A. Fiksdal**<br>Jeff Larson Law, LLP<br>400 N Main Avenue, Suite 207<br>Sioux Falls, SD 57104<br>(605) 275–4529<br>Fax: (605) 271–4101<br>Email: melissa@jefflarsonlaw.net<br>*TERMINATED: 02/12/2021*<br>*Designation: CJA Appointment* |

**Pending Counts**

18 U.S.C. §§ 1153, 2242(1) and
2246(2); SEXUAL ABUSE

**Disposition**

life imprisonment on each count in counts 1ss–8ss
and 12ss–15ss, 120 months imprisonment on each

(1ss–4ss)

count in counts 9ss–11ss, all terms of imprisonment to run concurrently; 10 years supervised release on each count in counts 1ss–8ss and 12ss–15ss, 3 years supervised release on each count for counts 9ss–11ss all terms of release to run concurrently; $100 special assessment for each count for a total of $1,500; fine is waived; $5,000 JVTA fine is waived.

18 U.S.C.§§ 1153, 2241(c), and 2246(2); AGGRAVATED SEXUAL ABUSE OF A CHILD
(5ss)

life imprisonment on each count in counts 1ss–8ss and 12ss–15ss, 120 months imprisonment on each count in counts 9ss–11ss, all terms of imprisonment to run concurrently; 10 years supervised release on each count in counts 1ss–8ss and 12ss–15ss, 3 years supervised release on each count for counts 9ss–11ss all terms of release to run concurrently; $100 special assessment for each count for a total of $1,500; fine is waived; $5,000 JVTA fine is waived.

18 U.S.C. §§ 1153, 2241(c), and 2245(2); AGGRAVATED SEXUAL ABUSE OF A CHILD
(6ss–8ss)

life imprisonment on each count in counts 1ss–8ss and 12ss–15ss, 120 months imprisonment on each count in counts 9ss–11ss, all terms of imprisonment to run concurrently; 10 years supervised release on each count in counts 1ss–8ss and 12ss–15ss, 3 years supervised release on each count for counts 9ss–11ss all terms of release to run concurrently; $100 special assessment for each count for a total of $1,500; fine is waived; $5,000 JVTA fine is waived.

18 U.S.C. §§ 1153, 2244(a)(1), and 2245(3); ABUSIVE SEXUAL CONTACT
(9ss–11ss)

life imprisonment on each count in counts 1ss–8ss and 12ss–15ss, 120 months imprisonment on each count in counts 9ss–11ss, all terms of imprisonment to run concurrently; 10 years supervised release on each count in counts 1ss–8ss and 12ss–15ss, 3 years supervised release on each count for counts 9ss–11ss all terms of release to run concurrently; $100 special assessment for each count for a total of $1,500; fine is waived; $5,000 JVTA fine is waived.

18 U.S.C. §§ 1153, 2244(a)(1) and 2245(3) ABUSIVE SEXUAL CONTACT
(11s–14s)

Superseded

18 U.S.C.§§ 1153, 2241(c), and 2246(2); AGGRAVATED SEXUAL ABUSE OF A CHILD
(12ss–15ss)

life imprisonment on each count in counts 1ss–8ss and 12ss–15ss, 120 months imprisonment on each count in counts 9ss–11ss, all terms of imprisonment to run concurrently; 10 years supervised release on each count in counts 1ss–8ss and 12ss–15ss, 3 years supervised release on each count for counts 9ss–11ss all terms of release to run concurrently; $100 special assessment for each count for a total of $1,500; fine is waived; $5,000 JVTA fine is waived.

**Highest Offense Level (Opening)**

Felony

| Terminated Counts | Disposition |
|---|---|
| 18 U.S.C. §§ 1153, 2242(1), and 2246(2)(D) SEXUAL ABUSE (1) | Superseded |
| 18 U.S.C. §§ 1153, 2242(1) and 2246(2)(D) SEXUAL ABUSE (1s) | Superseded |
| 18 U.S.C. §§ 1153, 2242(1), and 2246(2)(A) SEXUAL ABUSE (2–4) | Superseded |
| 18 U.S.C. §§ 1153, 2242(1) and 2246(2)(A) SEXUAL ABUSE (2s–4s) | Superseded |
| 18 U.S.C. §§ 1153, 2241(c), and 2246(2)(A) AGGRAVATED SEXUAL ABUSE OF A CHILD UNDER TWELVE YEARS (5) | Superseded |
| 18 U.S.C. §§ 1153, 2241(c) and 2246(2)(A) AGGRAVATED SEXUAL ABUSE OF A CHILD UNDER TWELVE YEARS (5s) | Superseded |
| 18 U.S.C. §§ 1153, 2241(c), and 2245(2)(A),(B), and (C) AGGRAVATED SEXUAL ABUSE OF A CHILD UNDER TWELVE YEARS (6–10) | Superseded |
| 18 U.S.C. §§ 1153, 2241(c) and 2245(2)(A), (B) AND (C) AGGRAVATED SEXUAL ABUSE OF A CHILD UNDER TWELVE YEARS (6s–10s) | Superseded |
| 18 U.S.C. §§ 1153, 2244(a)(1), and 2245(3) ABUSIVE SEXUAL CONTACT (11–14) | Superseded |
| 18 U.S.C. §§ 1153, 2241(c) and 2246(2)(C) and (D) AGGRAVATED SEXUAL ABUSE OF A CHILD UNDER TWELVE YEARS (15s–18s) | Superseded |

**Highest Offense Level
(Terminated)**

Felony

**Complaints**                                              **Disposition**

None

**Plaintiff**

**USA**                                    represented by    **Jeremy R. Jehangiri**
U.S. Attorney's Office (Sioux Falls, SD)
PO Box 2638
Sioux Falls, SD 57101–2638
(605) 330–4400
Fax: (605) 330–4410
Email: jeremy.jehangiri@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 10/11/2017 | | | **NOTICE REGARDING COOPERATOR INFORMATION: All plea agreements and sentencing memoranda contain a sealed supplement which includes either a statement there was cooperation or a statement there was no cooperation. Therefore, it is not possible to determine from examination of docket entries whether a defendant did or did not cooperate with the government. (JLS) (Entered: 10/11/2017)** |
| 10/11/2017 | 1 | | **SEALED INDICTMENT as to Quentin Peter Bruguier, Jr (1) count(s) 1, 2–4, 5, 6–10, 11–14. (JLS) (Entered: 10/11/2017)** |
| 10/11/2017 | 2 | | REDACTED INDICTMENT as to Quentin Peter Bruguier, Jr. Name of jury foreperson redacted. Personal data identifiers redacted.(JLS) (Entered: 10/11/2017) |
| 10/11/2017 | 3 | | Defendant's Copy of Indictment as to Quentin Peter Bruguier, Jr. Includes names of minor victims. Excludes name of jury foreperson. (JLS) (Entered: 10/11/2017) |
| 10/11/2017 | 5 | | Warrant Issued as ordered by US Magistrate Judge Veronica L. Duffy as to Quentin Peter Bruguier, Jr. Original warrant and copy of 3 delivered via hand–delivery to USMS. (JLS) (Entered: 10/11/2017) |
| 10/19/2017 | | | Case unsealed as to Quentin Peter Bruguier, Jr. (SLW) (Entered: 10/19/2017) |
| 10/19/2017 | | | Arrest of Quentin Peter Bruguier, Jr. (SLW) (Entered: 10/19/2017) |
| 10/19/2017 | | | Attorney update in case as to Quentin Peter Bruguier, Jr. Attorney Douglas W. Thesenvitz for Quentin Peter Bruguier, Jr added. (CG) (Entered: 10/19/2017) |

| | | | |
|---|---|---|---|
| 10/19/2017 | | | Set Hearing as to Quentin Peter Bruguier, Jr: Initial Appearance set for 10/19/2017 at 3:00 PM in Sioux Falls Courtroom 3 – Room 117* before US Magistrate Judge Veronica L. Duffy.(CG) (Entered: 10/19/2017) |
| 10/19/2017 | 8 | | Final BAIL Report as to Quentin Peter Bruguier, Jr. In a multi–defendant case, access to this document is restricted to counsel of record for the defendant and government counsel. (Theisen, Eric) (Entered: 10/19/2017) |
| 10/19/2017 | 9 | | Minute Entry for proceedings held before US Magistrate Judge Veronica L. Duffy: Initial Appearance as to Quentin Peter Bruguier, Jr held on 10/19/2017, Arraignment as to Quentin Peter Bruguier Jr. (1) Count 1,2–4,5,6–10,11–14 held on 10/19/2017 Plea Entered: NOT GUITY, Detention Hearing as to Quentin Peter Bruguier, Jr held on 10/19/2017. (Court Reporter FTR #3) (JLS) (Entered: 10/19/2017) |
| 10/19/2017 | 10 | | CJA 23 Financial Affidavit signed by Quentin Peter Bruguier, Jr. (JLS) (Entered: 10/19/2017) |
| 10/19/2017 | 11 | | ORAL ORDER APPOINTING CJA Attorney Douglas W. Thesenvitz as to Quentin Peter Bruguier, Jr. Signed by US Magistrate Judge Veronica L. Duffy on 10/19/2017. (JLS) (Entered: 10/19/2017) |
| 10/19/2017 | 12 | | ORDER OF DETENTION as to Quentin Peter Bruguier, Jr. Signed by US Magistrate Judge Veronica L. Duffy on 10/19/2017. (JLS) (Entered: 10/19/2017) |
| 10/20/2017 | 13 | | SCHEDULING AND CASE MANAGEMENT ORDER as to Quentin Peter Bruguier, Jr.: Suppression Voluntariness Motion due by 11/7/2017. Motions due by 12/12/2017. Plea Agreement due by 12/27/2017. Jury Trial set for 12/26/2017 at 09:00 AM in Sioux Falls Courtroom 2* before U.S. District Judge Karen E. Schreier. Signed by U.S. District Judge Karen E. Schreier on 10/20/17. (DJP) (Entered: 10/20/2017) |
| 10/20/2017 | 14 | | Warrant Returned Executed on 10/19/17 in case as to Quentin Peter Bruguier, Jr. (DJP) (Entered: 10/21/2017) |
| 10/27/2017 | 15 | | First MOTION to Modify Conditions of Release by Quentin Peter Bruguier, Jr. (Attachments: # 1 Attachment Pretrial Services Report) (Thesenvitz, Douglas) Modified on 10/30/2017 to restrict access to attachment (KLK). (Entered: 10/27/2017) |
| 10/27/2017 | 21 | | First Addendum re 8 Final Bail Report as to Quentin Peter Bruguier, Jr. In a multi–defendant case, access to this document is restricted to counsel of record for the defendant and government counsel. (Dumdei, Sheila) (Entered: 11/20/2017) |
| 10/30/2017 | | | Set Hearing as to Quentin Peter Bruguier, Jr: Bond/Detention Hearing set for 10/31/2017 at 2:30 PM in Sioux Falls Courtroom 3 – Room 117* before US Magistrate Judge Veronica L. Duffy. (CG) (Entered: 10/30/2017) |
| 10/31/2017 | 16 | | MOTION for Discovery *Stipulation* by USA as to Quentin Peter Bruguier, Jr. (Jehangiri, Jeremy) (Entered: 10/31/2017) |
| 10/31/2017 | 17 | | TEXT ORDER granting 16 Motion regarding handling and disposition of discovery materials as to Quentin Peter Bruguier Jr. and entering order as proposed by counsel. Signed by US Magistrate Judge Veronica L. Duffy on |

| | | | |
|---|---|---|---|
| | | | 10/31/2017. (CG) (Entered: 10/31/2017) |
| 10/31/2017 | 18 | | TEXT ORDER granting 15 Motion for Pretrial Release as to Quentin Peter Bruguier Jr. (1). Signed by US Magistrate Judge Veronica L. Duffy on 10/31/2017. (CG) (Entered: 10/31/2017) |
| 10/31/2017 | 19 | | Minute Entry for proceedings held before US Magistrate Judge Veronica L. Duffy: Bond Hearing as to Quentin Peter Bruguier, Jr held on 10/31/2017. (Court Reporter FTR #3) (JLS) (Entered: 10/31/2017) |
| 10/31/2017 | 20 | | ORDER Setting Conditions of Release as to Quentin Peter Bruguier, Jr. Signed by US Magistrate Judge Veronica L. Duffy on 10/31/2017. (JLS) (Entered: 10/31/2017) |
| 12/05/2017 | 22 | | First MOTION for Continuance pursuant to 18:3161 by Quentin Peter Bruguier, Jr. (Thesenvitz, Douglas) (Entered: 12/05/2017) |
| 12/06/2017 | 23 | | Informed CONSENT and WAIVER of Speedy Trial signed by Quentin Peter Bruguier, Jr. (Thesenvitz, Douglas) Modified on 12/6/2017 to add text(KLK). (Entered: 12/06/2017) |
| 12/06/2017 | 24 | | ORDER granting 22 Motion for Continuance pursuant to 18:3161 as to Quentin Peter Bruguier Jr. (1): Suppression Voluntariness Motion due by 2/6/2018. Motions due by 3/13/2018. Plea Agreement due by 3/13/2018. Jury Trial set for 3/27/2018 at 09:00 AM in Sioux Falls Courtroom 2* before U.S. District Judge Karen E. Schreier. Signed by U.S. District Judge Karen E. Schreier on 12/6/17. (DJP) (Entered: 12/06/2017) |
| 02/28/2018 | 25 | | (FILED IN ERROR) Second MOTION for Continuance pursuant to 18:3161 by Quentin Peter Bruguier, Jr. (Attachments: # 1 Attachment Affidavit of Doug Thesenvitz) (Thesenvitz, Douglas) Modified on 3/1/2018 to terminate motion and to add text (KLK). (Entered: 02/28/2018) |
| 03/01/2018 | 26 | | Second MOTION for Continuance pursuant to 18:3161 by Quentin Peter Bruguier, Jr. (Thesenvitz, Douglas) (Entered: 03/01/2018) |
| 03/01/2018 | 27 | | AFFIDAVIT in Support by Quentin Peter Bruguier, Jr re 26 Second MOTION for Continuance pursuant to 18:3161 (Thesenvitz, Douglas) (Entered: 03/01/2018) |
| 03/01/2018 | 28 | | ORDER granting 26 Motion for Continuance pursuant to 18:3161 as to Quentin Peter Bruguier Jr. (1): Suppression Voluntariness Motion due by 4/17/2018. Motions due by 5/22/2018. Plea Agreement due by 5/22/2018. Jury Trial set for 6/5/2018 at 09:00 AM in Sioux Falls Courtroom 2* before U.S. District Judge Karen E. Schreier.. Signed by U.S. District Judge Karen E. Schreier on 3/1/18. (DJP) (Entered: 03/01/2018) |
| 03/01/2018 | | | NOTICE of Filing Error: 25 Motion for Continuance pursuant to 18:3161, was filed in error and should be disregarded. (Thesenvitz, Douglas) (Entered: 03/01/2018) |
| 03/05/2018 | 29 | | Informed CONSENT to Continuance signed by Quentin Peter Bruguier, Jr. (Thesenvitz, Douglas) (Entered: 03/05/2018) |
| 04/20/2018 | 30 | | First MOTION to Withdraw as Attorney re Doug Thesenvitz by Quentin Peter Bruguier, Jr. (Attachments: # 1 Attachment Attorney Statement) (Thesenvitz, |

| | | | |
|---|---|---|---|
| | | | Douglas) (Entered: 04/20/2018) |
| 04/23/2018 | 31 | | ORDER granting 30 Motion to Withdraw as Attorney. Added attorney Melissa A. Fiksdal for Quentin Peter Bruguier, Jr. Attorney Douglas W. Thesenvitz terminated in case as to Quentin Peter Bruguier Jr. (1). Signed by US Magistrate Judge Veronica L. Duffy on 4/23/2018. (CG) (Entered: 04/23/2018) |
| 04/30/2018 | 32 | | REQUEST for 404(b) by Quentin Peter Bruguier, Jr . (Fiksdal, Melissa) (Entered: 04/30/2018) |
| 04/30/2018 | 33 | | REQUEST for Notice Pursuant to Fed. R. Evid 609(b) by Quentin Peter Bruguier, Jr . (Fiksdal, Melissa) (Entered: 04/30/2018) |
| 05/15/2018 | 34 | | Third MOTION for Continuance pursuant to 18:3161 by Quentin Peter Bruguier, Jr. (Attachments: # 1 Attachment Consent to Continuance) (Fiksdal, Melissa) (Entered: 05/15/2018) |
| 05/16/2018 | 35 | | ORDER granting 34 Motion for Continuance pursuant to 18:3161 as to Quentin Peter Bruguier Jr. (1) Suppression Voluntariness Motion due by 7/17/2018. Motions due by 8/21/2018. Plea Agreement due by 8/21/2018. Jury Trial set for 9/4/2018 at 09:00 AM in Sioux Falls Courtroom 2* before U.S. District Judge Karen E. Schreier. Signed by U.S. District Judge Karen E. Schreier on 5/16/18. (SLW) (Entered: 05/16/2018) |
| 05/18/2018 | 36 | | MOTION for Discovery *Stipulation* by USA as to Quentin Peter Bruguier, Jr. (Jehangiri, Jeremy) (Entered: 05/18/2018) |
| 05/18/2018 | 37 | | TEXT ORDER granting 36 Motion regarding handling and disposition of discovery materials as to Quentin Peter Bruguier Jr. and entering order as proposed by counsel. Signed by US Magistrate Judge Veronica L. Duffy on 5/18/2018. (CG) (Entered: 05/18/2018) |
| 07/20/2018 | 39 | | SEALED MOTION to seal Government's Response to Defendant's Request for Records by USA as to Quentin Peter Bruguier, Jr. (DJP) (Entered: 07/20/2018) |
| 07/20/2018 | 40 | | SEALED ORDER granting 39 SEALED MOTION to seal document filed by USA. Signed by U.S. District Judge Karen E. Schreier on 7/20/18. (DJP) (Entered: 07/20/2018) |
| 07/20/2018 | 41 | | SEALED Document (Government's Response) to 38 First MOTION to Produce *Records for In−Camera Review* as to Quentin Peter Bruguier, Jr. (DJP) (Entered: 07/20/2018) |
| 07/25/2018 | | | NOTICE of Filing Error: 38 Motion to Produce was filed in error and should be disregarded. (Fiksdal, Melissa) (Entered: 07/25/2018) |
| 08/07/2018 | 42 | | **SEALED SUPERSEDING INDICTMENT as to Quentin Peter Bruguier, Jr (1) count(s) 1s, 2s−4s, 5s, 6s−10s, 11s−14s, 15s−18s. (DJP) (Entered: 08/07/2018)** |
| 08/07/2018 | 43 | | REDACTED Indictment as to Quentin Peter Bruguier, Jr. Name of jury foreperson redacted. Personal data identifiers redacted.(DJP) (Entered: 08/07/2018) |
| 08/07/2018 | 44 | | |

| | | | |
|---|---|---|---|
| | | | Defendant's Copy of Superseding Indictment as to Quentin Peter Bruguier, Jr. Includes names of minor victims. Excludes name of jury foreperson. (DJP) (Entered: 08/07/2018) |
| 08/13/2018 | | | Set Hearing as to Quentin Peter Bruguier, Jr: Initial Appearance on Superseding Indictment set for 8/21/2018 at 9:00 AM in Sioux Falls Courtroom 3 – Room 117* before US Magistrate Judge Veronica L. Duffy. (CG) (Entered: 08/13/2018) |
| 08/16/2018 | 47 | | First Addendum re 8 Final Bail Report as to Quentin Peter Bruguier, Jr. In a multi−defendant case, access to this document is restricted to counsel of record for the defendant and government counsel. (Dumdei, Sheila) (Entered: 08/16/2018) |
| 08/20/2018 | 48 | | Fourth MOTION for Continuance pursuant to 18:3161 by Quentin Peter Bruguier, Jr. (Fiksdal, Melissa) (Entered: 08/20/2018) |
| 08/20/2018 | 49 | | ORDER granting 48 Motion for Continuance pursuant to 18:3161 as to Quentin Peter Bruguier Jr. (1): Suppression Voluntariness Motion due by 9/18/2018. Motions due by 10/23/2018. Plea Agreement due by 10/23/2018. Jury Trial set for 11/6/2018 at 09:00 AM in Sioux Falls Courtroom 2* before U.S. District Judge Karen E. Schreier. Signed by U.S. District Judge Karen E. Schreier on 8/20/2018. (DJP) (Entered: 08/20/2018) |
| 08/21/2018 | | | Arrest of Quentin Peter Bruguier, Jr. (SLW) (Entered: 08/21/2018) |
| 08/21/2018 | 50 | | Minute Entry for proceedings held before US Magistrate Judge Veronica L. Duffy: Initial Appearance as to Quentin Peter Bruguier, Jr held on 8/21/2018, Arraignment as to Quentin Peter Bruguier Jr. (1) Count 1s,2s−4s,5s,6s−10s,11s−14s,15s−18s held on 8/21/2018 Plea Entered: not guilty, Detention Hearing as to Quentin Peter Bruguier, Jr held on 8/21/2018. (Court Reporter: FTR) (SLW) (Entered: 08/21/2018) |
| 08/21/2018 | 51 | | Warrant Returned Executed on 8/21/18 in case as to Quentin Peter Bruguier, Jr. (JLS) (Entered: 08/21/2018) |
| 08/22/2018 | 52 | | CONSENT to Continuance signed by Quentin Peter Bruguier, Jr . (Fiksdal, Melissa) (Entered: 08/22/2018) |
| 10/04/2018 | 70 | | Certificate of Service by Quentin Peter Bruguier, Jr (Fiksdal, Melissa) (Entered: 10/04/2018) |
| 10/23/2018 | 74 | | Fifth MOTION for Continuance pursuant to 18:3161 by Quentin Peter Bruguier, Jr. (Fiksdal, Melissa) (Entered: 10/23/2018) |
| 10/23/2018 | 75 | | CONSENT to Continuance signed by Quentin Peter Bruguier, Jr . (Fiksdal, Melissa) (Entered: 10/23/2018) |
| 10/23/2018 | 77 | | ORDER denying 74 Motion for Continuance pursuant to 18:3161 as to Quentin Peter Bruguier Jr. (1). Signed by U.S. District Judge Karen E. Schreier on 10/23/18. (DJP) (Entered: 10/23/2018) |
| 10/23/2018 | 78 | | NOTICE *to Offer Evidence Pursuant to Federal Rule of Evidence 413* by USA as to Quentin Peter Bruguier, Jr (Jehangiri, Jeremy) (Entered: 10/23/2018) |
| 10/24/2018 | 79 | | MOTION to Seal Document. (Attachments: # 1 Proposed Order, # 2 Proposed Sealed Notice) (SLW) (Entered: 10/24/2018) |

| 10/25/2018 | 82 | | NOTICE *For Hearing Regarding Pretrial Production of Evidence* by Quentin Peter Bruguier, Jr (Attachments: # 1 Attachment)(Fiksdal, Melissa) Modified to seal per chambers on 10/25/2018 (SLW). (Entered: 10/25/2018) |
|---|---|---|---|
| 10/25/2018 | 83 | | NOTICE *For Hearing Regarding Pretrial Production of Evidence* by Quentin Peter Bruguier, Jr (Attachments: # 1 Attachment)(Fiksdal, Melissa) Modified to seal per chambers on 10/25/2018 (SLW). (Entered: 10/25/2018) |
| 10/25/2018 | 84 | | ORDER granting 79 Motion to Seal Document as to Quentin Peter Bruguier Jr. (1). Signed by U.S. District Judge Karen E. Schreier on 10/25/2018. (KLE) (Entered: 10/25/2018) |
| 10/25/2018 | 85 | | SEALED Notice as to Quentin Peter Bruguier, Jr. (KLE) (Entered: 10/25/2018) |
| 10/25/2018 | 86 | | First MOTION for Reconsideration *of Request for Continuance (5) and New Scheduling and Case Management Order* by Quentin Peter Bruguier, Jr. (Fiksdal, Melissa) (Entered: 10/25/2018) |
| 10/25/2018 | 87 | | SCHEDULING ORDER as to Quentin Peter Bruguier, Jr. Motion Hearing set for 10/26/2018 at 02:00 PM in Sioux Falls Courtroom 2* before U.S. District Judge Karen E. Schreier. Signed by U.S. District Judge Karen E. Schreier on 10/25/2018. (KLE) (Entered: 10/25/2018) |
| 10/26/2018 | 91 | | Minute Entry for proceedings held before U.S. District Judge Karen E. Schreier: Motion Hearing as to Quentin Peter Bruguier, Jr held on 10/26/2018 re 86 First MOTION for Reconsideration *of Request for Continuance (5) and New Scheduling and Case Management Order* filed by Quentin Peter Bruguier, Jr.. (Court Reporter: FTR) (SLW) (Entered: 10/26/2018) |
| 10/26/2018 | 94 | | ORDER granting 86 Motion for Continuance pursuant to 18:3161 as to Quentin Peter Bruguier Jr. (1) Motions due by 10/30/2018. Plea Agreement due by 10/30/2018. Jury Trial set for 11/13/2018 at 09:00 AM in Sioux Falls Courtroom 2* before U.S. District Judge Karen E. Schreier. Signed by U.S. District Court Judge Karen E. Schreier on 10/26/18. (SLW) (Entered: 10/26/2018) |
| 10/26/2018 | 95 | | TEXT SCHEDULING ORDER as to Quentin Peter Bruguier, Jr Pretrial Conference set for 11/9/2018 at 09:00 AM in Sioux Falls Courtroom 2* before U.S. District Judge Karen E. Schreier.. Signed by U.S. District Judge Karen E. Schreier on 10/26/2018. (AH) (Entered: 10/26/2018) |
| 10/30/2018 | 96 | | REQUEST for Subpoena by Quentin Peter Bruguier, Jr . (Attachments: # 1 Attachment Subpoena, # 2 Attachment Subpoena, # 3 Attachment Subpoena) (Fiksdal, Melissa) (Entered: 10/30/2018) |
| 10/31/2018 | 99 | | ORDER ISSUING SUBPOENAS in re 96 Request filed by Quentin Peter Bruguier, Jr. Signed by U.S. District Judge Karen E. Schreier on 10/31/2018. (KLE) (Entered: 10/31/2018) |
| 10/31/2018 | 100 | | Subpoena Issued for Helen Fisher, Jennifer Zephier and Sophia James. Original subpoena and copy/copies of 99 delivered to USMS via e−mail to Sioux Falls USMS Office. (KLE) (Entered: 10/31/2018) |
| 11/06/2018 | 104 | | NOTICE *Pursuant to Federal Rule of Evidence 609* by USA as to Quentin Peter Bruguier, Jr (Jehangiri, Jeremy) (Entered: 11/06/2018) |

| 11/06/2018 | 105 | | MOTION IN LIMINE: Part 1: RE Victim Terminology; by Quentin Peter Bruguier, Jr. (Fiksdal, Melissa) (Entered: 11/06/2018) |
|---|---|---|---|
| 11/06/2018 | 106 | | MEMORANDUM in Support by Quentin Peter Bruguier, Jr re 105 MOTION IN LIMINE: Part 1: RE Victim Terminology; . (Fiksdal, Melissa) (Entered: 11/06/2018) |
| 11/06/2018 | 107 | | NOTICE *Pursuant to Fed Rule 807* by Quentin Peter Bruguier, Jr (Fiksdal, Melissa) (Entered: 11/06/2018) |
| 11/06/2018 | 108 | | MOTION to Exclude *Certain Evidence* by Quentin Peter Bruguier, Jr. (Fiksdal, Melissa) (Entered: 11/06/2018) |
| 11/06/2018 | 109 | | MOTION IN LIMINE: Part 1: Re Jurisdiction of Alleged Acts; by Quentin Peter Bruguier, Jr. (Fiksdal, Melissa) (Entered: 11/06/2018) |
| 11/06/2018 | 110 | | MOTION Sequester Government Witnesses by Quentin Peter Bruguier, Jr. (Fiksdal, Melissa) (Entered: 11/06/2018) |
| 11/06/2018 | 111 | | MOTION Jury Questionnaires by Quentin Peter Bruguier, Jr. (Fiksdal, Melissa) (Entered: 11/06/2018) |
| 11/06/2018 | 112 | | MOTION IN LIMINE: Part 1: Exclude Evidence Under Fed Rule of Evidence 413; by Quentin Peter Bruguier, Jr. (Fiksdal, Melissa) (Entered: 11/06/2018) |
| 11/06/2018 | 113 | | Proposed Jury Instructions (Redacted) as to Quentin Peter Bruguier, Jr (Fiksdal, Melissa) (Entered: 11/06/2018) |
| 11/06/2018 | 114 | | **SECOND SUPERSEDING INDICTMENT (personal identifiers redacted) as to Quentin Peter Bruguier, Jr (1) count(s) 1ss–4ss, 5ss, 6ss–8ss, 9ss–11ss, 12ss–15ss. (Attachments: # 1 Sealed Charging Document)**<br><br>**NOTICE REGARDING COOPERATOR INFORMATION: All plea agreements and sentencing memoranda contain a sealed supplement which includes either a statement there was cooperation or a statement there was no cooperation. It is not possible to determine from examination of docket entries whether a defendant did or did not cooperate with the government.(KLE) (Entered: 11/06/2018)** |
| 11/06/2018 | | | Set Hearing as to Quentin Peter Bruguier, Jr: Initial Appearance on Second Superseding Indictment set for 11/8/2018 at 1:30 PM in Sioux Falls Courtroom 3 – Room 117* before US Magistrate Judge Veronica L. Duffy. (CG) (Entered: 11/06/2018) |
| 11/06/2018 | 115 | | Proposed Jury Instructions as to Quentin Peter Bruguier, Jr (Jehangiri, Jeremy) (Entered: 11/06/2018) |
| 11/06/2018 | 116 | | MOTION IN LIMINE: Part 1: Reference to Penalty or Punishment; Part 2: Opinions on Guilt or Innocence; Part 3: Hearsay Statements of a Defendant Offered by a Defendant; Part 4: Request for Special Agent at Counsel Table; Part 5: Request for Victims to Sit in Courtroom during Trial; Part 6: Sequestration of Witnesses; Part 7: Reciprocal Discovery; Part 8: Motion to Preclude Reference to Matters Required to be Raised by Pretrial Motion (Fed. R. Crim. P. 12(b)(3)) Part 9: Motion to Preclude Reference to United States Charging Decisions; Part 10: Reference to or Use of Any Victims Mental Health or Medical Treatment; Part 11: Exclusion of Any Evidence Regarding |

| | | | |
|---|---|---|---|
| | | | Previous Sexual Acts or Partners; Part 12: Exclusion of Any Evidence Regarding Prior Criminal Conduct; by USA as to Quentin Peter Bruguier, Jr. (Jehangiri, Jeremy) (Entered: 11/06/2018) |
| 11/06/2018 | 117 | | Second MOTION for Reconsideration *Request for Continuance (5) and New Scheduling and Case Management Order* by Quentin Peter Bruguier, Jr. (Fiksdal, Melissa) (Entered: 11/06/2018) |
| 11/06/2018 | 118 | | RESPONSE to Motion by USA as to Quentin Peter Bruguier, Jr re 117 Second MOTION for Reconsideration *Request for Continuance (5) and New Scheduling and Case Management Order* . (Jehangiri, Jeremy) (Entered: 11/06/2018) |
| 11/06/2018 | 119 | | NOTICE *Pursuant to Federal Rule of Evidence 404(b)* by USA as to Quentin Peter Bruguier, Jr (Jehangiri, Jeremy) (Entered: 11/06/2018) |
| 11/07/2018 | 120 | | ORDER denying 117 Second Motion for Reconsideration Continuance as to Quentin Peter Bruguier Jr. (1). Signed by U.S. District Judge Karen E. Schreier on 11/07/2018. (KLE) (Entered: 11/07/2018) |
| 11/07/2018 | 121 | | SEALED MOTION by USA as to Quentin Peter Bruguier, Jr. (KLE) (Entered: 11/07/2018) |
| 11/07/2018 | 122 | | ORDER granting 121 Sealed Motion as to Quentin Peter Bruguier Jr. (1). Signed by U.S. District Judge Karen E. Schreier on 11/07/2018. (KLE) (Entered: 11/07/2018) |
| 11/07/2018 | 123 | | SEALED Supplement re 78 NOTICE to Offer Evidence Pursuant to Federal Rule of Evidence 413 as to Quentin Peter Bruguier, Jr. (KLE) Modified text and linkage on 11/7/2018 (SST). (Entered: 11/07/2018) |
| 11/08/2018 | 124 | | Minute Entry for proceedings held before US Magistrate Judge Veronica L. Duffy: Initial Appearance as to Quentin Peter Bruguier, Jr held on 11/8/2018, Arraignment as to Quentin Peter Bruguier Jr. (1) Count 1ss−4ss,5ss,6ss−8ss,9ss−11ss,12ss−15ss held on 11/8/2018 Plea Entered: not guilty. (Court Reporter: FTR Ct #3) (CG) (Entered: 11/08/2018) |
| 11/08/2018 | 126 | | Subpoena for Sophia James, Helen Fisher & Jennifer Zephier Returned Executed on 11/06/2018. (KLE) (Entered: 11/08/2018) |
| 11/09/2018 | 127 | | Minute Entry for proceedings held before U.S. District Judge Karen E. Schreier: Pretrial Conference as to Quentin Peter Bruguier, Jr held on 11/9/2018. (Court Reporter: Jill Connelly) (JLS) (Entered: 11/09/2018) |
| 11/13/2018 | | | Minute Entry for proceedings held before U.S. District Judge Karen E. Schreier: Jury Trial Began began on 11/13/2018 as to Quentin Peter Bruguier, Jr. (Court Reporter: Jill Connelly) (DJP) (Entered: 11/14/2018) |
| 11/13/2018 | 129 | | Jury List as to Quentin Peter Bruguier, Jr. (DJP) (Entered: 11/14/2018) |
| 11/13/2018 | 130 | | Preliminary Jury Instructions to the Jury as to Quentin Peter Bruguier, Jr. (DJP) (Entered: 11/14/2018) |
| 11/14/2018 | 131 | | ORAL MOTION for Subpoena for Amanda Libel by Quentin Peter Bruguier, Jr. (DJP) (Entered: 11/14/2018) |
| 11/14/2018 | 132 | | |

| | | | |
|---|---|---|---|
| | | | ORAL ORDER granting 131 Motion for Subpoena for Amanda Libel as to Quentin Peter Bruguier Jr. (1). Signed by U.S. District Judge Karen E. Schreier on 11/14/18. (DJP) (Entered: 11/14/2018) |
| 11/14/2018 | 133 | | Subpoena Issued for Amanda Libel. Original subpoena and copy/copies of 132 delivered to USMS via e−mail to Sioux Falls USMS Office. (DJP) (Entered: 11/14/2018) |
| 11/14/2018 | 134 | | ORAL MOTION for material witness warrant for Michelle Lareen Denney by USA as to Quentin Peter Bruguier, Jr. (DJP) (Entered: 11/15/2018) |
| 11/14/2018 | 135 | | ORAL ORDER granting 134 ORAL MOTION for material witness warrant re: Michelle Lareen Denney as to Quentin Peter Bruguier Jr. (1). Signed by U.S. District Judge Karen E. Schreier on 11/14/18. (DJP) (Entered: 11/15/2018) |
| 11/14/2018 | 136 | | Material Witness Warrant Issued for Michelle Lareen Denney. Original warrant handed to agent. (DJP) (Entered: 11/15/2018) |
| 11/14/2018 | | | Minute Entry for proceedings held before U.S. District Judge Karen E. Schreier: Jury Trial continued on 11/14/2018 as to Quentin Peter Bruguier, Jr. (Court Reporter: Jill Connelly) (DJP) (Entered: 11/15/2018) |
| 11/15/2018 | 137 | | ORAL MOTION for issuance of material witness warrant as to A.M.H. by Quentin Peter Bruguier, Jr. (DJP) (Entered: 11/15/2018) |
| 11/15/2018 | 138 | | ORAL ORDER granting 137 ORAL MOTION for issuance of material witness warrant as to A.M.H. as to Quentin Peter Bruguier Jr. (1). Signed by U.S. District Judge Karen E. Schreier on 11/15/18. (DJP) (Entered: 11/15/2018) |
| 11/15/2018 | 141 | | Subpoena for Amanda Libel Returned Executed on 11/14/2018. (KLE) (Entered: 11/15/2018) |
| 11/15/2018 | | | Minute Entry for proceedings held before U.S. District Judge Karen E. Schreier: Jury Trial continued on 11/15/2018 as to Quentin Peter Bruguier, Jr. (Court Reporter: Jill Connelly) (DJP) (Entered: 11/16/2018) |
| 11/16/2018 | 142 | | Minute Entry for proceedings held before U.S. District Judge Karen E. Schreier: Jury Trial Completed on 11/16/2018 as to Quentin Peter Bruguier, Jr. (Court Reporter: Jill Connelly) (DJP) (Entered: 11/16/2018) |
| 11/16/2018 | 143 | | Final Instructions to the Jury as to Quentin Peter Bruguier, Jr. (DJP) (Entered: 11/16/2018) |
| 11/16/2018 | 144 | | SEALED Jury Note: Jury has reached a verdict. (DJP) (Entered: 11/16/2018) |
| 11/16/2018 | 145 | | VERDICT as to Quentin Peter Bruguier Jr. (1) Guilty on Count 1ss−4ss,5ss,6ss−8ss,9ss−11ss,12ss−15ss. (DJP) (Entered: 11/16/2018) |
| 11/16/2018 | 146 | | REDACTED VERDICT. Name of jury foreperson redacted. (DJP) (Entered: 11/16/2018) |
| 11/16/2018 | 147 | | EXHIBIT LIST by USA, Quentin Peter Bruguier, Jr as to Quentin Peter Bruguier, Jr re 142 Jury Trial − Completed. (DJP) (Additional attachment(s) added on 3/11/2019: # 1 Exhibits) (DJP). (Entered: 11/16/2018) |

| 11/19/2018 | [148](#) | | SENTENCING SCHEDULING ORDER as to Quentin Peter Bruguier, Jr. Sentencing set for 2/11/2019 at 02:30 PM in Sioux Falls Courtroom 2* before U.S. District Judge Karen E. Schreier.. Signed by U.S. District Judge Karen E. Schreier on 11/19/2018. (KLE) (Entered: 11/19/2018) |
|---|---|---|---|
| 11/28/2018 | [149](#) | | Material Arrest Warrant Returned Executed for Anna Medicine Horn on 11/15/2018 in case as to Quentin Peter Bruguier, Jr. (KLE) (Entered: 11/28/2018) |
| 01/09/2019 | [150](#) | | DRAFT Presentence Report as to Quentin Peter Bruguier, Jr. In a multi−defendant case, access to this document is restricted to counsel of record for the defendant and government counsel. Objections to draft PSR due by 1/23/2019. (Hubers, Brent) (Entered: 01/09/2019) |
| 01/18/2019 | [151](#) | | SEALED OBJECTIONS by USA re 150 DRAFT Presentence Report as to Quentin Peter Bruguier, Jr. The filing attorney MUST manually serve an exact copy of this document and a copy of the NEF receipt screen on the appropriate case participants. (Jehangiri, Jeremy) (Entered: 01/18/2019) |
| 01/22/2019 | [152](#) | | SEALED OBJECTIONS by Defendant re 150 DRAFT Presentence Report as to Quentin Peter Bruguier, Jr. The filing attorney MUST manually serve an exact copy of this document and a copy of the NEF receipt screen on the appropriate case participants. (Fiksdal, Melissa) (Entered: 01/22/2019) |
| 02/04/2019 | [153](#) | | FINAL PRESENTENCE REPORT as to Quentin Peter Bruguier, Jr. In a multi−defendant case, access to this document is restricted to counsel of record for the defendant and government counsel. (Hubers, Brent) (Entered: 02/04/2019) |
| 02/04/2019 | [154](#) | | ADDENDUM to 153 FINAL Presentence Report as to Quentin Peter Bruguier, Jr. In a multi−defendant case, access to this document is restricted to counsel of record for the defendant and government counsel. (Hubers, Brent) (Entered: 02/04/2019) |
| 02/04/2019 | [155](#) | | Recommended Special Conditions as to Quentin Peter Bruguier, Jr. (Hubers, Brent) (Entered: 02/04/2019) |
| 02/04/2019 | [156](#) | | SEALED LETTERS of Support as to Quentin Peter Bruguier, Jr. The filing attorney MUST manually serve exact copies of these documents and a copy of the NEF receipt screen on the appropriate case participants. (Fiksdal, Melissa) (Entered: 02/04/2019) |
| 02/11/2019 | [157](#) | | SEALED Victim Impact Statement as to Quentin Peter Bruguier, Jr. The filing attorney MUST manually serve an exact copy of this document and a copy of the NEF receipt screen on the appropriate case participants. (Jehangiri, Jeremy) (Entered: 02/11/2019) |
| 02/11/2019 | [158](#) | | Minute Entry for proceedings held before U.S. District Judge Karen E. Schreier: Sentencing held on 2/11/2019 for Quentin Peter Bruguier, Jr. (1), Counts 1ss−4ss, 5ss, 6ss−8ss, 9ss−11ss, 12ss−15ss life imprisonment on each count in counts 1ss−8ss and 12ss−15ss, 120 months imprisonment on each count in counts 9ss−11ss, all terms of imprisonment to run concurrently; 10 years supervised release on each count in counts 1ss−8ss and 12ss−15ss, 3 years supervised release on each count for counts 9ss−11ss all terms of release to run concurrently; $100 special assessment for each count for a total of |

| | | | |
|---|---|---|---|
| | | | $1,500; fine is waived; $5,000 JVTA fine is waived. (Court Reporter: Jill Connelly) (JLS) (Entered: 02/11/2019) |
| 02/12/2019 | 159 | | AMENDED BY ORDER OF THE COURT FINAL PRESENTENCE REPORT as to Quentin Peter Bruguier, Jr. In a multi−defendant case, access to this document is restricted to counsel of record for the defendant and government counsel. (Hubers, Brent) (Entered: 02/12/2019) |
| 02/15/2019 | 160 | | JUDGMENT AND COMMITMENT as to Quentin Peter Bruguier, Jr. (1), Count(s) 1, 11−14, 11s−14s, 15s−18s, 1s, 2−4, 2s−4s, 5, 5s, 6−10, 6s−10s, Superseded; Count(s) 12ss−15ss, 1ss−4ss, 5ss, 6ss−8ss, 9ss−11ss, life imprisonment on each count in counts 1ss−8ss and 12ss−15ss, 120 months imprisonment on each count in counts 9ss−11ss, all terms of imprisonment to run concurrently; 10 years supervised release on each count in counts 1ss−8ss and 12ss−15ss, 3 years supervised release on each count for counts 9ss−11ss all terms of release to run concurrently; $100 special assessment for each count for a total of $1,500; fine is waived; $5,000 JVTA fine is waived.. Signed by U.S. District Judge Karen E. Schreier on 02/15/2019. (KLE) (Entered: 02/15/2019) |
| 02/15/2019 | 161 | | STATEMENT OF REASONS as to Quentin Peter Bruguier, Jr. Signed by U.S. District Judge Karen E. Schreier on 02/15/2019. (KLE) (Entered: 02/15/2019) |
| 02/21/2019 | 162 | | NOTICE OF APPEAL by Quentin Peter Bruguier, Jr re 160 Judgment and Commitment,,. (Includes a request to waive the appellate filing fee.) (Fiksdal, Melissa) (Entered: 02/21/2019) |
| 02/22/2019 | 163 | | TRANSMITTAL of Notice of Appeal to 8th Circuit Court of Appeals re 162 Notice of Appeal − Final Judgment as to Quentin Peter Bruguier, Jr. (SST) (Entered: 02/22/2019) |
| 02/25/2019 | 164 | | USCA Case Number and Criminal Appeal Briefing Schedule as to Quentin Peter Bruguier, Jr re 162 Notice of Appeal − Final Judgment. USCA Case Number: 19−1375. APPEAL RECORD, including PSI, Statement of Reasons, Transcripts, and Exhibits due by 3/18/2019. (Attachments: # 1 briefing schedule)(TAL) (Entered: 02/25/2019) |
| 03/25/2019 | 167 | | CJA 20 as to Quentin Peter Bruguier, Jr: Authorization to Pay Melissa Fiksdal. Amount: $29,890.73, Voucher #0869.0662784. Signed by U.S. District Judge Karen E. Schreier. (KG) (Entered: 03/25/2019) |
| 04/04/2019 | 168 | | CJA 20 as to Quentin Peter Bruguier, Jr: Authorization to Pay Douglas W. Thesenvitz. Amount: $6,349.20, Voucher #0869.0587422. Signed by U.S. District Judge Karen E. Schreier. (KG) (Entered: 04/04/2019) |
| 04/15/2019 | 169 | | Appeal Record as to Quentin Peter Bruguier, Jr sent to US Court of Appeals re 162 Notice of Appeal − Final Judgment. (Exhibits only). (SRA) (Entered: 04/15/2019) |
| 04/22/2019 | 170 | | Appeal Record as to Quentin Peter Bruguier, Jr sent to US Court of Appeals re 162 Notice of Appeal − Final Judgment. (SLT) (Entered: 04/22/2019) |
| 04/24/2019 | 171 | | TRANSCRIPT of Proceedings as to Quentin Peter Bruguier, Jr re 127 Pretrial Conference, Terminate Motions held on 11−9−2018 before Judge Karen E. Schreier. Court Reporter: Jill Connelly, Telephone number 605−330−6669. |

| | | | |
|---|---|---|---|
| | | | Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The parties have twenty−one (21) calendar days to file a Redaction Request of this transcript. Release of Transcript Restriction set for 7/24/2019. (Connelly, Jill) (Entered: 04/24/2019) |
| 04/24/2019 | 172 | | TRANSCRIPT of Proceedings as to Quentin Peter Bruguier, Jr re 142 Jury Trial – VOL. I of IV – Completed – held on November 13, 14, 15, & 16, 2018, before Judge Karen E. Schreier. Court Reporter: Jill Connelly, Telephone number 605−330−6669. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The parties have twenty−one (21) calendar days to file a Redaction Request of this transcript. Release of Transcript Restriction set for 7/24/2019. (Attachments: # 1 Attachment VOL. II of IV, 11−14−18, # 2 Attachment VOL. III of IV, 11−15−18, # 3 Attachment VOL. IV of IV, 11−16−18) (Connelly, Jill) (Entered: 04/24/2019) |
| 04/24/2019 | 173 | | RESTRICTED TRANSCRIPT of Proceedings as to Quentin Peter Bruguier, Jr re 158 Sentencing, held on 2−11−2019 before Judge Karen E. Schreier. Court Reporter: Jill Connelly, Telephone number 605−330−6669. The parties have twenty−one (21) calendar days to file a Redaction Request of this transcript. (Connelly, Jill) (Entered: 04/24/2019) |
| 04/24/2019 | 174 | | PUBLIC TRANSCRIPT of Proceedings as to Quentin Peter Bruguier, Jr re 158 Sentencing, held on 2−11−2019 before Judge Karen E. Schreier. Court Reporter: Jill Connelly, Telephone number 605−330−6669. The parties have twenty−one (21) calendar days to file a Redaction Request of this transcript. Release of Transcript Restriction set for 7/24/2019. (Connelly, Jill) (Entered: 04/24/2019) |
| 04/25/2019 | 175 | | Appeal Record (Transcripts) as to Quentin Peter Bruguier, Jr sent to US Court of Appeals re 162 Notice of Appeal – Final Judgment. (SLT) (Entered: 04/25/2019) |
| 05/07/2019 | 176 | | Transcript Redaction Request in case as to Quentin Peter Bruguier, Jr re: Transcript 174 , 172 filed by attorney Melissa A. Fiksdal. (Fiksdal, Melissa) (Entered: 05/07/2019) |
| 05/15/2019 | 177 | | REDACTED Transcript re 172 Transcript, Vol. I – REDACTED, in case as to Quentin Peter Bruguier, Jr. (Attachments: # 1 Attachment Vol. II – REDACTED, # 2 Attachment Vol. III – REDACTED, # 3 Attachment Vol. IV – REDACTED) (Connelly, Jill) (Entered: 05/15/2019) |
| 05/15/2019 | 178 | | REDACTED Transcript re 174 Public Transcript, in case as to Quentin Peter Bruguier, Jr. (Connelly, Jill) (Entered: 05/15/2019) |
| 05/17/2019 | 179 | | CJA 24 as to Quentin Peter Bruguier, Jr: Authorization to Pay Jill M. Connelly $3,135.35 for Transcript, Voucher #0869.0792830. Signed by U.S. District Judge Karen E. Schreier. (KG) (Entered: 05/17/2019) |
| 06/09/2020 | 180 | | OPINION of USCA as to Quentin Peter Bruguier, Jr affirming the District Court re 160 Judgment and Commitment,, (TAL) (Entered: 06/09/2020) |

| 06/09/2020 | 181 | | JUDGMENT of USCA issued in accordance with COA opinion as to 162 Notice of Appeal – Final Judgment filed by Quentin Peter Bruguier, Jr. (TAL) (Entered: 06/09/2020) |
|---|---|---|---|
| 06/30/2020 | 182 | | MANDATE from 8th Circuit COA as to Quentin Peter Bruguier, Jr affirming the District Court re 162 Notice of Appeal – Final Judgment. (TAL) (Entered: 06/30/2020) |
| 01/29/2021 | 183 | | MOTION to Extend Time to File by Quentin Peter Bruguier, Jr. (MSB) (Entered: 01/29/2021) |
| 01/29/2021 | 184 | 17 | ORDER denying 183 Motion to Extend as to Quentin Peter Bruguier Jr. (1). Signed by U.S. District Judge Karen E. Schreier on 01/29/2021. Sent to Defendant via USPS on 01/29/2021.(MSB) (Entered: 01/29/2021) |
| 02/11/2021 | 185 | 20 | NOTICE OF APPEAL by Quentin Peter Bruguier, Jr re 184 Order on Motion to Extend. (MSB) (Entered: 02/11/2021) |
| 02/11/2021 | 186 | 24 | TRANSMITTAL of Notice of Appeal to 8th Circuit Court of Appeals re 185 Notice of Appeal as to Quentin Peter Bruguier, Jr. |
| | | | Transcript Requests: Attorneys appointed pursuant to the Criminal Justice Act (CJA) should order transcripts through eVoucher. All others should complete the Transcript Order Form on the District Court's website located at https://www.sdd.uscourts.gov/content/transcript–order. (MSB) (Entered: 02/11/2021) |

UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>QUENTIN PETER BRUGUIER, JR.<br><br>Defendant. | 4:17-CR-40088-KES<br><br><br>ORDER DENYING<br>MOTION FOR EXTENSION OF TIME<br>TO FILE § 2255 ACTION |

Defendant, Quentin Peter Bruguier, Jr., moves for an extension of time to file his 28 U.S.C. § 2255 action. Docket 183. Bruguier argues that due to COVID-19 the facility has been on "controlled movements[.]" *Id.*

Bruguier has not cited, and the court is not independently aware of, any legal authority that would allow the court to grant Bruguier the relief he is requesting. 28 U.S.C. § 2255 does not authorize a district court to extend the one-year deadline for filing a post-conviction motion under that statute.

In *Green v. United States*, 260 F.3d 78, 82 (2d Cir. 2001), the Second Circuit Court of Appeals held that "a federal court lacks jurisdiction to consider the timeliness of a § 2255 petition until a petition is actually filed," because in the absence of an actual petition, "there is no case or controversy to be heard, and any opinion . . . on the timeliness issue would be merely advisory." *Id.* (quoting *United States v. Leon*, 203 F.3d 162, 164 (2d Cir. 2000)); *see also United States v. McFarland*, 125 F. App'x 573 (5th Cir. 2005); *Reed v. United*

*States*, 13 F. App'x 311 (6th Cir. 2001); *United States v. Anderson*, 2007 WL 2973838 (D. Minn. 2007).

But the Second Circuit also held in *Green* that "[w]here a motion, nominally seeking an extension of time, contains allegations sufficient to support a claim under section 2255, a district court is empowered, and in some instances may be required, . . . to treat that motion as a substantive motion for relief under section 2255." 260 F.3d at 83. The Court concluded:

> Irrespective of when a prisoner files a motion for extension of time, the district court must first determine whether the motion contains allegations supporting a claim for relief under section 2255. If it does, the district court should construe it as such, and then decide whether the motion is timely. If it does not, the district court has no jurisdiction . . . to consider the motion.

*Id.*

Here, Bruguier's motion for extension of time does not identify any potential grounds for relief that he might raise in a § 2255 petition. As noted in *Green*, a "motion under section 2255 must 'specify all the grounds for relief which are available to the movant and of which he has or, by the exercise of reasonable diligence, should have knowledge and shall set forth in summary form the facts supporting each of the grounds thus specified.' " *Id.* (citation omitted). Bruguier has not provided any information whatsoever about what his potential grounds for § 2255 relief may be. Thus, the court concludes that even after applying a liberal construction to Bruguier's pro se filing, the present motion for an extension cannot be construed to actually be a § 2255 motion. As a result, after applying *Green*, the court finds that it lacks jurisdiction over

Bruguier's motion for an extension. If Bruguier files a § 2255 motion, the court will then consider and rule on whether the motion is timely. Thus, it is

ORDERED that Bruguier's motion for extension of time (Docket 183) is denied.

DATED January 29, 2021.

BY THE COURT:

/s/ *Karen E. Schreier*

KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH DAKOTA
### SOUTHERN DIVISION

United States of America,
    Plaintiff,                                    4:17-CR-40088-KES

US.                                               Notice of APPEAL

Quentin Peter Bruguier, JR,
    Defendant.

I do hereby give notice of Appeal to the District

Court that Quentin Peter Bruguier,Jr. is appealing to

the U.S. Court of Appeals the Final Judgment of the

US. Court of Appeals due to 28 U.S.C. 2255.

                                        Submitted,

Date: FEB. 4TH, 2021                    Quentin P. Bruguier Jr.
                                        QUENTIN P. Bruguier Jr

Certificate of Compliance

I do hereby certify that the Notice of Appeal

was deposited into the Institutional Legal Mail System

on February 4, 2021 postage pre-paid.

Quentin P. Bruguier Jr.

DATED FEB. 4TH 2021

Quent P. Burguier Jr.

Quentin Breughem Jr.
07587-073
United States Penitentiary Tucson
P.O. Box 24550
Tucson, AZ. 85734

United States District Court
District of South Dakota
Office of The Clerk
400 S. Phillips Ave. RM 128
Sioux Falls, S.D. 57104-6851

57104-685128

PHOENIX AZ 852

8 FEB 2021 PM 10 L



The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another address, please return the enclosure to the above address.

DATE: 2/8/21

# United States District Court
## District of South Dakota
United States Courthouse
Office of the Clerk
400 South Phillips, Room 128
Sioux Falls, SD 57104

Matthew W. Thelen                                                                 Telephone
Clerk of Court                                                                  (605) 330-6600

2/11/2021

## TRANSMITTAL OF NOTICE OF APPEAL IN A CRIMINAL CASE
### (Prepare a separate Transmittal Form for each defendant.)

1. **Case Number & Title:**          4:17-cr-40088-KES-1
                                     USA v. Bruguier

2. **Defendant:**                    Quentin Peter Bruguier, Jr.

   **Prisoner Registry No.:**         07587-073

   **Prisoner's Address:**            United States Penitentiary Tucson
                                     PO Box 24550
                                     Tucson, AZ 85734

   **Is Defendant incarcerated?**     Yes

3. **Date Notice of Appeal filed:**  02/11/2021

4. **Sentence imposed:**             Counts 1ss – 4ss: life imprisonment on each
                                     count in counts 1ss-8ss and 12ss-15ss, 120
                                     months imprisonment on each count in counts
                                     9ss-11ss, all terms of imprisonment to run
                                     concurrently; 10 years supervised release on
                                     each count in counts 1ss-8ss and 12ss-15ss, 3
                                     years supervised release on each count for
                                     counts 9ss-11ss all terms of release to run
                                     concurrently; $100 special assessment for each
                                     count for a total of $1,500; fine is waived;
                                     $5,000 JVTA fine is waived.

                                     Count 5ss: life imprisonment on each count in
                                     counts 1ss-8ss and 12ss-15ss, 120 months
                                     imprisonment on each count in counts 9ss-
                                     11ss, all terms of imprisonment to run

Rev. 07.12.17

concurrently; 10 years supervised release on each count in counts 1ss-8ss and 12ss-15ss, 3 years supervised release on each count for counts 9ss-11ss all terms of release to run concurrently; $100 special assessment for each count for a total of $1,500; fine is waived; $5,000 JVTA fine is waived.

Counts 6ss – 8ss: life imprisonment on each count in counts 1ss-8ss and 12ss-15ss, 120 months imprisonment on each count in counts 9ss-11ss, all terms of imprisonment to run concurrently; 10 years supervised release on each count in counts 1ss-8ss and 12ss-15ss, 3 years supervised release on each count for counts 9ss-11ss all terms of release to run concurrently; $100 special assessment for each count for a total of $1,500; fine is waived; $5,000 JVTA fine is waived.

Counts 9ss – 11ss: life imprisonment on each count in counts 1ss-8ss and 12ss-15ss, 120 months imprisonment on each count in counts 9ss-11ss, all terms of imprisonment to run concurrently; 10 years supervised release on each count in counts 1ss-8ss and 12ss-15ss, 3 years supervised release on each count for counts 9ss-11ss all terms of release to run concurrently; $100 special assessment for each count for a total of $1,500; fine is waived; $5,000 JVTA fine is waived.

Counts 11s – 14s: Superseded

Counts 12ss – 15ss:  life imprisonment on each count in counts 1ss-8ss and 12ss-15ss, 120 months imprisonment on each count in counts 9ss-11ss, all terms of imprisonment to run concurrently; 10 years supervised release on each count in counts 1ss-8ss and 12ss-15ss, 3 years supervised release on each count for counts 9ss-11ss all terms of release to run concurrently; $100 special assessment for each count for a total of $1,500; fine is waived; $5,000 JVTA fine is waived.

Rev. 07.12.17

|  |  |  |
|---|---|---|
| | **Date sentence imposed:** | 02/11/2019 |
| 5. | **Co-Defendant(s) and case numbers:** | N/A |
| | **Have any Co-Defendants filed a Notice of Appeal?** | N/A |
| | **If yes, date Notice of Appeal and USCOA Case#:** | N/A |
| 6. | **Date of Plea/Verdict:** | 11/16/2018 |
| | **If case went to trial, length of trial:** | 4 Days |
| 7. | **Court Reporter:** | N/A |
| 8. | **Assistant U.S. Attorney:** | **Jeremy R. Jehangiri**<br>U.S. Attorney's Office (Sioux Falls, SD)<br>PO Box 2638<br>Sioux Falls, SD 57101-2638<br>(605) 330-4400 |
| 9. | **Defense Counsel:** | Pro Se |
| | **Was defense counsel appointed/retained?** | N/A |
| | **Is there any reason why defense counsel should not be appointed on appeal?** | N/A |
| 10. | **If counsel has been retained, has the filing fee been paid?** | N/A |
| 11. | **Is there a pending motion for IFP?** | No. |
| | **If yes, date motion for IFP was filed and document number:** | N/A |
| 12. | **Are there any other pending motions?** | No |
| | **If yes, list pending motions and document numbers:** | N/A |

Rev. 07.12.17

13. **Does this case involve minor victims or child porn?**    Yes

14. **Additional comments:**    Appeal of Doc. # 184:  Order Denying Motion to Extend.


MATTHEW W. THELEN,
CLERK


Rev. 07.12.17